Opinion issued May 23, 2019



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00131-CV

————————————

**GOODE DELIVERY LLC AND JAMES GOODE, Appellants**

**V.**

**ARCARIUS LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1124166**

---

## MEMORANDUM OPINION

Appellants, Goode Delivery LLC and James Goode, have neither paid nor made arrangements to pay the fee for preparing the clerk's record and have not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 20.1, 37.3(b). After being notified by the Clerk of this Court's March 26, 2019 notice that

this appeal was subject to dismissal for failure to pay the required clerk's record fee, appellants failed to timely respond.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution for failure to pay the required clerk's record fee.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.